THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MINNEBO, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>METAL SUPERMARKETS FRANCHISING AMERICA INC, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-05999 KMW-AMD<br><br>**ORDER** |

**WILLIAMS, District Judge:**

This matter having come before the Court on the Motion to Transfer and Dismiss Count V filed by Metal Supermarkets Franchising America Inc, Stephen Schober, and Andrew Arminen ("Defendants") (ECF No. 13); and William Minnebo and Philly Metal Supply LLC ("Plaintiffs") having filed an opposition (ECF No. 18); and after Defendants' reply (ECF No. 19); and the Court having read the submissions and heard the arguments of counsel during the hearing held on September 6, 2023, and the Court noting the appearances of counsel: Evan Matthew Goldman, Esq., appearing on behalf of Plaintiffs; and James C. Rubinger, Esq. and Scott Puro, Esq., by telephone, appearing on behalf of Defendants; and for the reasons set forth on the record, Defendants' Motion to Transfer and Dismiss Count V (ECF No. 13) is **GRANTED** in accordance with the directions that follow.

IT IS on this 7th day of September 2023, hereby

**ORDERED** that Count V of the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**; and

**FURTHER ORDERED** that Plaintiffs have 14 days from the issuance of this order to file

a Motion for Reconsideration if it deems such is warranted; and

**FURTHER ORDERED** that Plaintiffs have until October 6, 2023, to file a Second Amended Complaint that corrects the deficiencies noted by the Court at the hearing on September 6, 2023 with respect to Count V; and

**FURTHER ORDERED** that in the event Plaintiff does not file a Second Amended Complaint on or before October 6, 2023 that satisfies the deficiencies noted by the Court, the Motion to Dismiss Count V is **GRANTED WITH PREJUDICE** and the Motion to Transfer is **GRANTED** and the Clerk's Office will transfer this matter to the Western District of New York without further order of the Court.

Dated: September 7, 2023

KAREN M. WILLIAMS
United States District Judge

2